**Appeal Dismissed and Memorandum Opinion filed April 26, 2022.**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-21-00698-CV

---

### AWESTRUCK GROUP LLC AND OLASUNKANMI EZEKIEL AWE, Appellants

### V.

### AMOS FINANCIAL LLC, Appellee

---

**On Appeal from the 434th District Court
Fort Bend County, Texas
Trial Court Cause No. 21-DCV-281115**

---

### MEMORANDUM OPINION

This appeal is from a judgment signed November 10, 2021. The court reporter indicated on January 14, 2022 that appellants had not requested that the reporter's record be prepared and that the trial court had not ordered that the record be prepared. The clerk's record was filed February 15, 2022.

On March 3, 2022, this court ordered appellants to file a brief within 30 days and further warned appellants that if they failed to comply with the order, the court

would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellants filed no brief or other response. Accordingly, we dismiss the appeal for want of prosecution.


PER CURIAM

Panel consists of Chief Justice Christopher and Justices Bourliot and Spain.